IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KRISHONN COONEY**     **PLAINTIFF**

v.     Case No: 4:24-CV-00478-LPR

**CHAD WILSON, et al.**     **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and underlying Order would not be taken in good faith.

IT IS SO ADJUDGED this 5th day of June 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE